# UNITED STATES AIR FORCE
# COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **UNITED STATES** | ) | **No. ACM 40010** |
| *Appellee* | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **ORDER** |
| **Alan I. WOODS** | ) | |
| **Airman (E-2)** | ) | |
| **U.S. Air Force** | ) | |
| *Appellant* | ) | **Panel 2** |

On 17 February 2022, Appellant submitted a Motion to Withdraw from Appellate Review and to Attach document. Specifically, Appellant moved to attach DD Form 2330, *Waiver/Withdrawal of Appellate Rights in General and Special Courts-Martial Subject to Review by a Court of Criminal Appeals*, signed by Appellant and Appellant's counsel on 17 February 2022. On 18 February 2022, the Government submitted its response not opposing Appellant's motion.

Accordingly, it is by the court on this 18th day of February, 2022,

**ORDERED:**

Appellant's Motion to Withdraw from Appellate Review and Attach is **GRANTED**. Appellant's case is forwarded to the Appellate Records Branch, AFLOA/JAJM, for further processing in accordance with Rules for Courts-Martial 1115(f)(3) and 1201, *Manual for Courts-Martial, United States* (2019 ed.).

FOR THE COURT

TANICA S. BAGMON
Appellate Court Paralegal